Opinion filed January 26, 2006 












 
 
  
 
 







 
 
  
 
 




Opinion filed January 26, 2006  

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh Court of Appeals

                                                                   __________

 

                                                          No. 11-05-00328-CV 

                                                    __________

 

                                       BRYAN PRINGLE, Appellant

 

                                                             V.

 

                             COLONIAL
LLOYDS, A TEXAS LLOYDS

                                   INSURANCE
CARRIER, Appellee

 



 

                                         On
Appeal from the 104th District Court

 

                                                          Taylor County, Texas

 

                                                 Trial
Court Cause No. 22,939-B 

 



 

                                              M
E M O R A N D U M   O P I N I O N

Bryan Pringle has
filed in this court a motion to dismiss his appeal.  The motion is granted, and the appeal is
dismissed.

 

January 26, 2006                                                                  PER
CURIAM

Panel
consists of: Wright, C.J., and

McCall, J., and Strange, J.